IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NEARBY SYSTEMS LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:22-cv-00224-JRG-RSP (Lead Case) |
| RENT-A-CENTER, INC., | § § § | |
| *Defendant*. | § § | |

## REPORT AND RECOMMENDATION

Before the Court defendant Rent-A-Center, Inc. ("RAC") moves for summary judgment of noninfringement. Dkt. No. 37. The motion is fully briefed. See Dkt. Nos. 41 (response), 44 (reply), & 47 (sur-reply). For the reasons set forth below, the motion should be denied.

In sum, RAC argues (1) for a plain and ordinary meaning of the claims, Dkt. No. 37 pp 4-7, 10, 14-26, and (2) that narrowing amendments during prosecution preclude the application of the doctrine of equivalents, *Id.* at 5, 7, 11, 26-29. Defendant further disputes Plaintiff's description of the operation of the accused system. Plaintiff Nearby Systems LLC in response argues that RAC's position before claim construction by the Court is premature and otherwise refutes RAC's interpretation of the claims and limits imposed by prosecution. There are serious disputes as to the interplay between claims and the accused system, as reflected in the affidavits offered by each side.

In light of these factual disputes and the arguments relying on prosecution history that has not yet been explored through claim construction, RAC has not shown that it is entitled to judgment as a matter of law.

Accordingly, it is the **RECOMMENDATION** of the undersigned that the motion be **DENIED**.

A party's failure to file written objections to the findings, conclusions, and recommendations contained in this report within 14 days bars that party from de novo review by the District Judge of those findings, conclusions, and recommendations and, except on grounds of plain error, from appellate review of unobjected-to factual findings and legal conclusions accepted and adopted by the district court. Fed. R. Civ. P. 72(b)(2); see Douglass v. United Servs. Auto. Ass'n, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc). Any objection to this Supplemental Report and Recommendation must be filed in ECF under the event "Objection to Report and Recommendations [cv, respoth]" or it may not be considered by the District Judge.

**SIGNED this 2nd day of May, 2023.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE